No. 218. W. L. STICKEL *v.* BIG LAUREL COAL COMPANY. Error to the District Court of the United States for the Southern District of West Virginia. Motion to dismiss or affirm submitted October 6, 1924. Decided October 13, 1924. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *King* v. *Mullins,* 171 U. S. 404; *King* v. *West Virginia,* 216 U. S. 92; *Fay* v. *Crozer,* 217 U. S. 455. *Mr. Harold A. Ritz,* for defendant in error, in support of the motion. *Mr. Maynard F. Stiles* and *Mr. Hallack F. Rose,* for plaintiff in error, in opposition to the motion.

---

No. 65. MAX WULFSOHN ET AL. *v.* RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC. Error to the Supreme Court of the State of New York. Motion to dismiss submitted October 6, 1924. Decided October 13, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Oliver American Trading Co.,* v. *Mexico,* 264 U. S. 440. *Mr. Charles Recht,* for defendant in error, in support of the motion. *Mr. Otto C. Sommerich* and *Mr. Edwin M. Borchard,* for plaintiffs in error, in opposition to the motion.

---

No. 21. NORTHERN PACIFIC RAILWAY COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Submitted October 7, 1924. Decided October 13, 1924. *Per Curiam.* Judgment affirmed, on the authority of *Oregon-Washington R. R. & Nav. Co.* v. *United States,* 255 U. S. 339. *Mr. Alexander Britton, Mr. C. W. Bunn* and *Mr. Lawrence H. Cake* for appellant. *Mr. Blackburn Esterline* for the United States.